# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY W. MORRISON**                                                                      **PLAINTIFF**

**v.**                        **CASE NO. 3:19-CV-00205 BSM**

**MC EXPRESS LEASING, INC., et al.**                                   **DEFENDANTS**

## ORDER

This case is dismissed with prejudice, pursuant to Gary Morrison's notice of voluntary dismissal [Doc. No. 18]. Fed. R. Civ. P. 41(a)(2). Defendants' motion to dismiss [Doc. No. 7] is denied as moot.

IT IS SO ORDERED this 6th day of March 2020.

                                                                                       UNITED STATES DISTRICT JUDGE