IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY W. MORRISON                                                                       PLAINTIFF

v.                     CASE NO. 3:19-CV-00205 BSM

MC EXPRESS LEASING, INC., et al.                                 DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of March 2020.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE